# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Wendy L. Baalson,

               Plaintiff,

                                    Civ. No. 11-3473 (RHK/JJK)
                                    **ORDER**

v.

Messerli & Kramer, *et al.*,

               Defendants.

---

     Plaintiff in this action has accepted Defendants' Offer of Judgment, reserving the right to petition the Court for an award of reasonable attorneys' fees.  Plaintiff requests that the Court issue a scheduling Order affording the parties "a minimum of 30 days . . . to attempt to informally settle the issue of attorneys' fees without this Court's involvement."  (Doc. No. 10 at 1.)  Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED**:

     1.     The parties shall have until March 12, 2012, to informally resolve the fee issue.  They shall promptly notify the Court if they are able to do so;

     2.     In the event the parties are unable to resolve the fee issue without the Court's intervention, the following briefing schedule shall apply to Plaintiff's fee request: Plaintiff shall serve and file a Memorandum in support of her request, together with all supporting documents, on or before March 19, 2012, and Defendants shall serve and file

a Memorandum in opposition to the request, together with all supporting documents, on or before April 2, 2012; and

      3.      No hearing will be held on the fee request unless the Court orders otherwise.

Dated: February 27, 2012

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge